# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02462-GPG

CESAR LANDA-OLMOS,

     Petitioner,

v.

MARKWAYNE MULLIN,
 *in his official capacity as Secretary of Homeland Security*, and
TODD BLANCHE,
 *in his official capacity as Acting Attorney General of the United States*,
TODD M. LYONS,
 *in his official capacity as Acting Director of U.S. Immigration and Customers Enforcement,*
ROBERT GUADIAN,
 *in his official capacity as Denver Field Office Director of U.S. Immigration and Customs*
 *Enforcement,* and
DAWN CEJA,
 *in her official capacity as Warden of Denver Contract Detention Facility,*

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [D. 9] entered  by United States District Judge Gordon P. Gallagher on June 16, 2026, and supplemented by Status Report [D. 10] by Respondents, it is

ORDERED that the Respondents have complied with the Order [D. 9] and Petitioner was granted bond in the amount of $6,500. It is further

ORDERED that this case is closed.

DATED at Grand Junction, Colorado, this 9th day of July 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:     s/D. Clement
          Deputy Clerk